

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2022

No. 04-21-00206-CV

**CR+ ENTERPRISES, INC.,**
Appellants

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY,** as Trustee for Morgan Stanley ABS
Capital I Inc. Trust 2006-NC4, Mortgage Pass-Through Certificates, Series 2006-NC4,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI19332
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

On January 14, 2022, appellant Barco Realty, L.P. filed an unopposed third motion for extension of time to file reply brief, and appellant CR+ Enterprises, Inc. filed a second unopposed motion for extension of time to file reply brief. The motions are GRANTED. Appellants' reply briefs are due **no later than January 28, 2022**.

It is so **ORDERED** on this 18th day of January, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court